CORN EXCHANGE BANK TRUST COMPANY, Respondent, *v.* ISLAND PARK-LONG BEACH, INC., et al., Defendants, and LESLIE J. EKENBERG, as Trustee in Bankruptcy of ISLAND PARK-LONG BEACH, INC., Appellant.

Submitted November 29, 1937; decided December 7, 1937.

*Harold E. Brennan* for motion.
*Nathan April* opposed.

Motion denied, with ten dollars costs.